UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

M E M O R A N D U M

Honorable William B. Shubb
United States District Judge
Sacramento, California

                        RE:    Arthur DEAK
                                  Docket Number:   2:08CR00126-01
                                  PERMISSION TO TRAVEL
                                  <u>OUTSIDE THE COUNTRY</u>

Your Honor:

The offender is requesting permission to travel to Mexico during a family cruise to the Mexican Riviera.  He is in compliance with all supervision obligations, and the probation officer recommends approval be granted in this case.

**Conviction and Sentencing Date:**  On October 18, 2004, the offender pled guilty to a violation of 21 USC 846, 841(a)(1) - Conspiracy to Distribute and Possess with Intent to Distribute a Quantity of MDMA in the Eastern District of Tennessee.  On March 27, 2008, jurisdiction of this case was accepted by the Eastern District of California.  In summary, the offender was distributing MDMA from approximately November 2001 until June 5, 2002, to a co-defendant in the Eastern District of Tennessee.  The offender reported committing the underlying offense when he got  wrapped up in the club lifestyle and his own addiction.

**Sentence imposed:**  On January 25, 2005, the offender was sentenced to 54 months imprisonment to be followed by a 6-year term of supervised release.  He released from federal custody on January 9, 2008.

**Dates and Mode of Travel:**  The offender plans to depart on July 25, 2010, and return on August 1, 2010.  He will depart from Long Beach, California, on Carnival Cruise Lines.  During the cruise, they are scheduled to port three times in Mexico (Puerto Vallarta, Mazatlan, and Cabo San Lucas) each for one day.

**RE:   Arthur DEAK**
      Docket Number:   2:08CR00126-01
      <u>**PERMISSION TO TRAVEL OUTSIDE THE COUNTRY**</u>

**Purpose:** To travel with his wife and her family on a 7-night cruise to the Mexican Riviera.

Respectfully Submitted,

/s/Scott W. Storey
**SCOTT W. STOREY**
United States Probation Officer

**DATED:**   March 22, 2010
         Sacramento, California
         sws:cp

**REVIEWED BY:**   /s/Kyriacos M. Simonidis
            **KYRIACOS M. SIMONIDIS**
            Supervising United States Probation Officer

---

**ORDER OF THE COURT:**

**Approved.**

**Dated:  March 22, 2010**

_[signature]_
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE